# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**JERRY T. ONEAL,**

    **Plaintiff,**

**vs.**                                                        **CASE NO. 1:06CV03-MMP/AK**

**MERRILL LYNCH,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

By Order dated February 3, 2006, Plaintiff was directed to file an amended complaint and return an Affidavit of Financial Status so that the Court could determine whether to grant him leave to proceed as a pauper. (Doc. 2). This Order was mailed to the only known address for Plaintiff and was returned as undeliverable by the United States Post Office with no known forwarding address. (Doc. 3). There is at present no means of communicating with Plaintiff about the prosecution of this lawsuit.

Consequently, this case should be dismissed. See Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962); Fed. R. Civ. P. 41(b) (trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute).

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **29th** day of March, 2006.

        s/ A. KORNBLUM
        ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:06CV03-MMP/AK