IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERRY T. ONEAL,

    Plaintiff,

v.                                                  CASE NO. 1:06-cv-00003-MP-AK

MERRILL LYNCH,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendations of the Magistrate Judge.  Previously, the court had mailed an order to the plaintiff at his only known address.  The order was returned as undeliverable by the United States Post Office, Doc. 3.  No forwarding information is available.  The Magistrate subsequently issued a report which recommended that the case be dismissed for failure to prosecute.  The report was signed by the Magistrate on Wednesday, March 29, 2006.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.  In this instance, however, no objections were made.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED WITHOUT PREJUDICE

**DONE AND ORDERED** this   *5th* day of May, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
